## JOHN G. SMITH v. FRANKLIN COUNTY.

FILED SEPTEMBER 16, 1896. No. 6660.

Sheriffs' Fees: MILEAGE. For conveying insane patients to the hospital a sheriff is entitled to mileage at the rate of five cents per mile, and not at the rate of ten cents per mile. *Porter v. Merrick County*, 42 Neb., 397, followed.

ERROR from the district court of Franklin county. Tried below before BEALL, J.

*A. H. Byrum*, for plaintiff in error.

*H. Whitmore, contra.*

RAGAN, C.

This record presents a single question, namely: To what fees or mileage is a sheriff entitled for conveying insane patients to the hospital? This court has passed upon the question since the case at bar was tried, and held: "For conveying insane patients to the hospital a sheriff is entitled to mileage at the rate of five cents per mile, and not at the rate of ten cents per mile." (See *Porter v. Merrick County*, 42 Neb., 397.) This was the view taken of the law by the district court in the case under consideration, and its judgment is

AFFIRMED.